JOHN E. CARY, RESPONDENT, *v.* THE SCHOHARIE VALLEY MACHINE COMPANY, APPELLANT.

*Corporation — not dissolved by ceasing to do business — action against, by stockholder.*

A corporation was organized under the laws of the State (chap. 40, of 1848, and amendments) and its corporate business was conducted for two years, when the company voluntarily ceased to do business, and a new one was organized with larger capital and additional members but for the same purpose and under the same name. The first company turned over its property to the new organization. *Held*, that a stockholder in the first corporation could maintain an action against it on an indebtedness due from the company to him ; that the corporate existence was not terminated by its ceasing to do business.

The fact that the plaintiff was a stockholder did not deprive him of the right to bring an action, the case differing from a simple partnership.

APPEAL from a judgment for the plaintiff, in an action for work, labor and services performed.

---

* Randall v. Lynch, 12 East, 179; Cross v. Beard, 26 N. Y., 85.

*R. Brewster*, for the appellant.

*Mayham & Krum*, for the respondent.

Opinion by BOCKES, J.

Present—MILLER, P. J., BOCKES and BOARDMAN, JJ.

Judgment affirmed, with costs.